FILED
CLERK, U.S. DISTRICT COURT

12/2/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>NYISHA RAMSEY,<br>DIONNE RAMSEY, and<br>SHARYN BARNEY,<br><br>        Defendants. | CR 2:22-cr-00567-FWS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud Affecting a Financial Institution and Bank Fraud; 18 U.S.C. § 1343: Wire Fraud Affecting a Financial Institution; 18 U.S.C. § 1344(2): Bank Fraud; 18 U.S.C. § 982: Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1349]

[ALL DEFENDANTS]

A. INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. The Department of Education ("the Department") was an agency of the United States government. One of the primary responsibilities of the Department was the oversight and administration of Title IV Federal Student Assistance ("FSA")

programs as authorized by the Higher Education Act of 1965. One of the functions of the Department was to administer FSA programs, including the Direct Loan Program and the Pell Grant Program.

2. The Direct Loan Program provided low-interest loans to eligible students to help cover the cost of higher education at participating schools. Students eligible for Direct Loans borrowed directly from the Department rather than a private lender.

3. The Pell Grant Program provided the Department grant funds to assist eligible needy students in meeting the costs of post-secondary education.

4. The Department promulgated regulations that specified the eligibility requirements of FSA programs, as well as application procedures for students. In order to participate in FSA programs, a beneficiary had to be enrolled at a Department-approved institution. In order to be eligible, each potential student-applicant had to possess a high-school diploma or its equivalent, be a citizen or eligible non-citizen of the United States, and not be in default on any prior student loans or owe a refund on a federal student grant. FSA funds could only be used to pay the cost of attending an institution of higher education. An applicant was not eligible to receive a Pell Grant or a Direct Loan if the applicant was incarcerated in a federal or state penal institution.

5. Applicants for FSA funds were required to complete an application for federal student aid called the "Free Application for Federal Student Aid" ("FAFSA").

6. The FAFSA could be completed on the Department website and submitted electronically via the Internet. The FAFSA required the applicant to list certain personal identifying information ("PII"),

including the applicant's name, date of birth, and social security number.  The FAFSA required the applicant to list the applicant's education level, income, and family status.  The FAFSA also required the identification and electronic signature of the preparer of the form and the preparer's social security number if it was prepared by someone other than the student applicant.  The FAFSA further required the student or preparer to certify that: (a) the information was true and complete; and (b) any FSA funds received would be used only to pay the cost of attending an institution of higher education (i.e., tuition, fees, supplies, and housing).

7.   To electronically sign a FAFSA that was completed on the Department website, each student applicant was assigned a unique personal identification number ("PIN") by the Department via email or a United States mail address provided by the student.  The PIN could be used to go online to the Department's FAFSA website and access a FAFSA, correct a FAFSA, review financial aid history, access Direct Loan information and tools, and electronically sign master promissory notes ("MPNs"), or legal documents in which the applicant promises to repay loans and any accrued interest and fees to the Department.  By signing the FAFSA with a PIN, the applicant assumed responsibility for the accuracy of the information reported on the FAFSA and certified that he or she was the person identified by the PIN.

8.   To receive financial aid from the Department in the form of a student loan, a qualified applicant was required to complete a Master Promissory Note ("MPN"), which included a promise to pay to the Department all loan amounts disbursed under the terms of the MPN.

9.   The completed FAFSAs were received and processed by the Department's Central Processing System ("CPS").  The CPS calculated

the student's Expected Family Contribution, which was the amount the student applicant, or the student applicant's family, was expected to contribute toward the student's college cost. The CPS server that received FAFSA submissions was located in Plano, Texas.

10. For an eligible student-applicant to receive FSA funds, the student-applicant had to enroll in a post-secondary school that was authorized by the Department to award FSA funds.

11. Once the Department of Education approved the FAFSA and received the executed MPN for an enrolled student, the United States Department of Treasury transferred the student-loan funds to the Federal Reserve Bank in Minneapolis, Minnesota. The Federal Reserve Bank then transferred the student-loan funds to the bank account associated with the school. The school used some of the funds towards tuition costs; the remainder was transferred to BankMobile, an FDIC-insured financial institution. In order to receive the student-loans from BankMobile, the applicant created a BankMobile account and selected a preference for receipt of funds. One option was to have BankMobile transfer student-loan funds directly to the student's personal bank account. Another option was to have BankMobile mail prepaid debit cards to the student's address.

12. Fullerton College was a community college located in Fullerton, California. Fullerton College participated in FSA programs and was authorized to award FSA funds to eligible students. Fullerton College offered courses at its campus in Fullerton and via online education programs on the Internet. Students applied for admission to Fullerton College by submitting an application online. Students who enrolled at Fullerton College could obtain financial

aid, including Direct Loans and Pell Grants, from the federal government through the FAFSA application process.

13. When a Fullerton College student received Pell Grants and Direct Loans, the disbursements were made directly to Fullerton College. To receive a disbursement of FSA funds from the Department, Fullerton College submitted a request to the Department, which transmitted a request to the United States Department of Treasury in New York, New York. The Federal Reserve Bank then caused the funds to be transferred to Fullerton College's bank account with Bank of America in Fullerton, California.

14. Upon receiving FSA funds, Fullerton College sent to the student applicant a portion of the aid that was not designated to pay tuition and fees; this portion was known as a credit balance or refund. Specifically, after Fullerton College determined a student was going to receive FSA funds, it notified BankMobile of the credit balance or refund and transferred the amount from its Bank of America account to BankMobile. Depending on the student's selected preference, BankMobile then transferred the funds to a BankMobile checking account controlled by the student, transferred the funds directly to a student's personal bank account, and/or mailed inactive debit cards preloaded with the funds to students using the United States Postal Service. A paper check was mailed to a student if the student did not choose a deposit or prepaid-debit-card preference within 30 days.

15. Banks associated with student-loan applicants that deposited funds received from BankMobile included Wells Fargo Bank, NA ("Wells Fargo"), Bank of America, NA ("Bank of America"), and Bank of West, NA ("Bank of West").

B. **OBJECTS OF THE CONSPIRACY**

16. Beginning on an unknown date, but no later than in or about January 2012, and continuing to in or about August 2017, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendants NYISHA RAMSEY ("N. RAMSEY"), DIONNE RAMSEY ("D. RAMSEY"), and SHARYN BARNEY ("BARNEY"), knowingly and with intent to defraud, conspired with others known and unknown to the Grand Jury to commit offenses against the United States, namely, wire fraud affecting a financial institution, in violation of Title 18, United States Code, Section 1343, and bank fraud, in violation of Title 18, United States Code, Section 1344(2).

B. **MANNER AND MEANS OF THE CONSPIRACY**

17. The objects of the conspiracy were carried out, in substance, as follows:

    a. Defendants N. RAMSEY, D. RAMSEY, and BARNEY and their co-conspirators would obtain PII, including names and social security numbers, of other individuals, who are described in this Indictment as "straw students."

    b. Defendants N. RAMSEY, D. RAMSEY, and BARNEY and their co-conspirators would pose as the straw students to complete the FAFSA application and enrollment process with Fullerton College and other colleges using the straw students' PII.

    c. Defendants N. RAMSEY, D. RAMSEY, and BARNEY and their co-conspirators would pose as the straw students to complete MPNs on the Internet using the straw students' PII.

    d. Defendants N. RAMSEY, D. RAMSEY, and BARNEY and their co-conspirators would pose as the straw students to create accounts with BankMobile using the straw students' PII.

   e. Defendants N. RAMSEY, D. RAMSEY, and BARNEY and their co-conspirators would access the BankMobile accounts created in the names of the straw students and transfer the student-loan funds to their own personal bank accounts.

   f. By submitting the fraudulent FAFSA applications and MPNs, defendants N. RAMSEY, D. RAMSEY, and BARNEY and their co-conspirators would cause the Department of Treasury to transfer funds to the Federal Reserve Bank in Minneapolis, Minnesota.

   g. By submitting the fraudulent FAFSA applications and MPNs, defendants N. RAMSEY, D. RAMSEY, and BARNEY and their co-conspirators would cause the Federal Reserve Bank in Minneapolis, Minnesota, to transfer funds to the bank accounts associated with schools, including the Bank of America account for Fullerton College.

   h. By submitting the fraudulent FAFSA applications and MPNs, defendants N. RAMSEY, D. RAMSEY, and BARNEY and their co-conspirators would cause the banks associated with schools to transfer funds to BankMobile and other FDIC-insured banking platforms.

   i. By submitting the fraudulent FAFSA applications and MPNs, and making fraudulent representations to BankMobile and similar banking platforms, defendants N. RAMSEY, D. RAMSEY, and BARNEY and their co-conspirators would cause BankMobile to transfer funds to bank accounts that defendants N. RAMSEY, D. RAMSEY, and BARNEY had access to and/or controlled.

   j. By submitting the fraudulent FAFSA applications and MPNs, and making fraudulent representations to BankMobile and similar banking platforms, defendants N. RAMSEY, D. RAMSEY, and BARNEY and their co-conspirators would cause BankMobile to mail prepaid debit

cards to addresses that defendants N. RAMSEY, D. RAMSEY, and BARNEY had access to and/or controlled.

      k.    Defendants N. RAMSEY, D. RAMSEY, and BARNEY and their co-conspirators would not use the funds for permitted educational costs.  Instead, defendants N. RAMSEY, D. RAMSEY, and BARNEY and their co-conspirators would use the money for their own personal expenses.

    18.  As a result of the fraudulent scheme, defendants N. RAMSEY, D. RAMSEY, and BARNEY and their co-conspirators fraudulently caused the United States Treasury to disburse approximately $980,000 in FSA funds on behalf of straw students.

C.    <u>OVERT ACTS</u>

    19.  On or about the following dates, in the furtherance of the conspiracy and to accomplish its objects, defendants N. RAMSEY, D. RAMSEY, and BARNEY, and others known and unknown to the Grand Jury, committed, and willfully caused to be committed, various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

    <u>Overt Act No. 1</u>:    On or about June 25, 2015, defendant BARNEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student S.H.

    <u>Overt Act No. 2</u>:    On or about July 18, 2015, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student J.A., who was incarcerated at the time in a state penal institution.

<u>Overt Act No. 3</u>:  On or about July 18, 2015, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student L.D., who was incarcerated at the time in a state penal institution.

<u>Overt Act No. 4</u>:  On or about July 27, 2015, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student S.R., who was incarcerated at the time in a state penal institution.

<u>Overt Act No. 5</u>:  On or about October 9, 2015, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, logged on to the BankMobile website using personal identifying information belonging to straw student R.F.'s name, and activated a BankMobile debit card in R.F.'s name.

<u>Overt Act No. 6</u>:  On or about October 17, 2015, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student R.F., who was incarcerated at the time in a state penal institution.

<u>Overt Act No. 7</u>:  On or about November 6, 2015, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, logged on to the BankMobile website using personal identifying information belonging to straw student S.R.'s name, and activated a BankMobile debit card in S.R.'s name.

<u>Overt Act No. 8</u>:  On or about December 27, 2015, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal

identifying information belonging to straw student T.B., who was incarcerated at the time in a state penal institution.

Overt Act No. 9:   On or about December 27, 2015, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student C.H., who was incarcerated at the time in a state penal institution.

Overt Act No. 10:   On or about December 27, 2015, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student J.J., who was incarcerated at the time in a state penal institution.

Overt Act No. 11:   On or about December 27, 2015, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student B.P., who was incarcerated at the time in a state penal institution.

Overt Act No. 12:   On or about December 27, 2015, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student D.S., who was incarcerated at the time in a state penal institution.

Overt Act No. 13:   On or about January 14, 2016, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student B.G., who was incarcerated at the time in a state penal institution.

<u>Overt Act No. 14</u>:  On or about January 16, 2016, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student J.G., who was incarcerated at the time in a state penal institution.

<u>Overt Act No. 15</u>:  On or about February 9, 2016, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, logged on to the BankMobile website using personal identifying information belonging to straw student B.G.'s name, and activated a BankMobile debit card in B.G.'s name.

<u>Overt Act No. 16</u>:  On or about February 9, 2016, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, logged on to the BankMobile website using personal identifying information belonging to straw student D.S.'s name, and activated a BankMobile debit card in D.S.'s name.

<u>Overt Act No. 17</u>:  On or about February 13, 2016, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, logged on to the BankMobile website using personal identifying information belonging to straw student J.G.'s name, and activated a BankMobile debit card in J.G.'s name.

<u>Overt Act No. 18</u>:  On or about February 13, 2016, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, logged on to the BankMobile website using personal identifying information belonging to straw student B.P.'s name, and activated a BankMobile debit card in B.P.'s name.

<u>Overt Act No. 19</u>:  On or about April 11, 2016, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, logged on to the BankMobile website using personal identifying

information belonging to straw student J.A.'s name, and activated a BankMobile debit card in J.A.'s name.

<u>Overt Act No. 20:</u>  On or about July 16, 2016, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student D.M., who was incarcerated at the time in a state penal institution.

<u>Overt Act No. 21:</u>  On or about July 19, 2016, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student J.M., who was incarcerated at the time in a state penal institution.

<u>Overt Act No. 22:</u>  On or about July 19, 2016, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student H.W., who was incarcerated at the time in a state penal institution.

<u>Overt Act No. 23:</u>  On or about July 27, 2016, defendant N. RAMSEY sent a text message to defendant D. RAMSEY stating, "I need an address to send robert mail and I need to go in and change reyes address to I sent his fafsa but didn't change his address."

<u>Overt Act No. 24:</u>  On or about July 27, 2016, defendant D. RAMSEY sent a text message to defendant N. RAMSEY stating, "7225 crescent park West apt 342 playa vista California 90094 That's his Lil sis address."

<u>Overt Act No. 25:</u>  On or about August 12, 2016, defendant N. RAMSEY sent a text message containing straw student P.B's social security to defendant D. RAMSEY.

Overt Act No. 26:  On or about August 12, 2016, defendant N. RAMSEY sent a text message to defendant D. RAMSEY stating, "Please send me karrinia id number found classes."

Overt Act No. 27:  On or about August 12, 2016, defendant D. RAMSEY sent a text message to defendant N. RAMSEY stating, "Im not home what the courses ill do it."

Overt Act No. 28:  On or about August 12, 2016, defendant N. RAMSEY sent a text message to defendant D. RAMSEY stating, "45442 gadsden ave lancaster did u put her in any music or coun."

Overt Act No. 29:  On or about August 21, 2016, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student G.J., who was incarcerated at the time in a state penal institution.

Overt Act No. 30:  On or about August 22, 2016, defendant N. RAMSEY sent a text message to defendant D. RAMSEY stating, "Yes I just did financial aid today but been did classes."

Overt Act No. 31:  On or about August 23, 2016, defendant N. RAMSEY sent a text message to defendant D. RAMSEY stating, "I need sharese number so i can finish her verification."

Overt Act No. 32:  On or about August 24, 2016, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, logged on to the BankMobile website using personal identifying information belonging to straw student D.M.'s name, and activated a BankMobile debit card in D.M.'s name.

Overt Act No. 33:  On or about October 26, 2016, defendant N. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, logged on to the BankMobile website using personal identifying

information belonging to straw student D.F.'s name, and activated a BankMobile debit card in D.F.'s name.

Overt Act No. 34:  On or about November 3, 2016, defendant BARNEY, and other co-conspirators known and unknown to the Grand Jury, submitted a fraudulent MPN using personal identifying information belonging to straw student G.J.

Overt Act No. 35:  On or about November 9, 2016, defendant BARNEY, and other co-conspirators known and unknown to the Grand Jury, accessed BankMobile's online platform to change the preferred payment method to a direct deposit to a Bank of America bank account that defendant BARNEY had access to and/or controlled.

Overt Act No. 36:  On or about November 15, 2016, defendant BARNEY, and other co-conspirators known and unknown to the Grand Jury, received a $4,700 in funds associated with fraudulent student loans using personal identifying information belonging to straw student G.J.

Overt Act No. 37:  On or about January 27, 2017, defendant BARNEY, and other co-conspirators known and unknown to the Grand Jury, submitted a FAFSA online to the Department using personal identifying information belonging to straw student D.W.

Overt Act No. 38:  On or about February 15, 2017, defendant D. RAMSEY, and other co-conspirators known and unknown to the Grand Jury, logged on to the BankMobile website using personal identifying information belonging to straw student H.W.'s name, and activated a BankMobile debit card in H.W.'s name.

Overt Act No. 39:  On or about February 28, 2017, defendant N. RAMSEY sent a text message to defendant D. RAMSEY stating, "Girl they

sent all that money back to noccd because the bank of america didnt approve it."

Overt Act No. 40:  On or about February 28, 2017, defendant D. RAMSEY sent a text message to defendant N. RAMSEY stating, "So will it go back to bank mobile.

Overt Act No. 41:  On or about March 7, 2017, defendant BARNEY, and other co-conspirators known and unknown to the Grand Jury, logged on to the BankMobile website using personal identifying information belonging to straw student D.W.'s name, and activated a BankMobile debit card in D.W.'s name.

COUNTS TWO THROUGH FIVE

[18 U.S.C. § 1343]

[DEFENDANT D. RAMSEY]

20.  The Grand Jury re-alleges and incorporates paragraphs 1 through 15 and 17 through 19 of this Indictment here.

A.  THE SCHEME TO DEFRAUD

21.  Beginning on or about a date unknown, but no later than January 2012, and continuing to on or about August 2017, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant DIONNE RAMSEY and others known and unknown to the Grand Jury, knowingly and with intent to defraud, devised and executed a scheme to defraud the United States Department of Education as to material matters, and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts, affecting a financial institution.

22.  The fraudulent scheme operated and was carried out, in substance, as described in paragraph 17 of this Indictment.

B.  USE OF INTERSTATE WIRES

23.  On or about the dates set forth below, in Los Angeles County, within the Central District of California, defendant DIONNE RAMSEY, and others known and unknown to the Grand Jury, for the purpose of executing the above-described scheme to defraud, transmitted and caused the transmission of the following items by means of wire communication in interstate commerce:

| COUNT | DATE | WIRE TRANSMISSION |
|---|---|---|
| TWO | July 27, 2015 | FAFSA submission for S.R. from Lancaster, California to Department Server in Plano, Texas |
| THREE | July 21, 2016 | FAFSA submission for B.P. from Lancaster, California to Department Server in Plano, Texas |
| FOUR | December 27, 2015 | FAFSA submission for J.A. from Lancaster, California to Department Server in Plano, Texas |
| FIVE | July 19, 2016 | FAFSA submission for F.I. from Lancaster, California to Department Server in Plano, Texas |

## COUNT SIX

[18 U.S.C. §§ 1344(2), 2(a), 2(b)]

[DEFENDANTS D. RAMSEY and BARNEY]

24. The Grand Jury re-alleges and incorporates paragraphs 1 through 15 and 17 through 19 of this Indictment here.

A.  THE SCHEME TO DEFRAUD

25. Beginning on or about a date unknown, but no later than January 2012, and continuing to in or about August 2017, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendants DIONNE RAMSEY and SHARYN BARNEY, and others known and unknown to the Grand Jury, knowingly and with intent to defraud, devised and executed a scheme to obtain moneys, funds, credits, assets, and other property owned by and in the custody and control of BankMobile by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

26. The fraudulent scheme operated, and was carried out, in substance, as described in paragraph 17 of this Indictment.

B.  EXECUTION OF THE FRAUDULENT SCHEME

27. On or about November 9, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendants D. RAMSEY and BARNEY, each aiding and abetting the other, committed an act which constituted an execution of the fraudulent scheme, namely, the use of BankMobile to request the transfer of $4,700 in the name of G.J. to defendant BARNEY's Bank of America account.

FORFEITURE ALLEGATION

[18 U.S.C. § 982]

1.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(2), in the event of any defendant's conviction of the offenses set forth in any of Counts One through Six of this Indictment.

2.   Any defendant so convicted shall forfeit to the United States of America the following:

   (a) All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and

   (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), any defendant so convicted shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL


                                             /S/
                                        ─────────────────
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Chief, General Crimes Section

MAXWELL COLL
Assistant United States Attorney
Asset Forfeiture and Recovery Section